IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONJA JEDZINIAK, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-1498 |
| | : | |
| v. | : | |
| | : | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | : : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 21st day of December, 2018, the parties having settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement and without costs.

BY THE COURT:


By: */s/ Shana Restucci*
     Shana Restucci, Civil Deputy Clerk
     The Honorable Edward G. Smith
     Shana_Restucci@paed.uscourts.gov